IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

```
-------------------------------------------------------------X
In re:                                                       :   A.P. No. 25-00264
                                                             :
Seth L Blum and Bessy G Blum                                 :   Case No.  25-10005
                                                             :   Chapter 11 (Subchapter V)
            Debtors.                                         :
                                                             :
-------------------------------------------------------------X
                                                             :
Seth L Blum and Bessy G Blum                                 :
                                                             :
            Plaintiffs,                                      :
v.                                                           :
                                                             :
Peter Elmo                                                   :
                                                             :
            Defendant                                        :
                                                             :
-------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

I hereby declare, under penalty of perjury, as follows:

On this 21st day of September, 2025, I served the Summons and Complaint in the above-captioned adversary proceeding on the Defendant by first class mail, postage prepaid, addressed as follows:

Peter Elmo
2706 Hunting Ridge Court
Baldwin, MD 21013-9121


with a copy by first class mail, postage prepaid, to:

Richard J. Hackerman
3635 Old Court Road, Suite 208
Baltimore, Maryland 21208

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: September 21, 2025

    /s/Daniel M. Press
Daniel M. Press, #07300
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com