United States Bankruptcy Court
District of Maryland

Blum,
    Plaintiff

Elmo,
    Defendant

Adv. Proc. No. 25-00264-NVA

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: pdfall | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Bessy G Blum, 3317 Woodvalley Dr, Pikesville, MD 21208-1956 |
| dft | + Peter Elmo, 2706 Hunting Ridge Court, Baldwin, MD 21013-9121 |
| pla | + Seth L Blum, 3317 Woodvalley Rd, Pikesville, MD 21208-1956 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Richard J Hackerman | Richard@RichardHackerman.com  6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com |

TOTAL: 2

Entered: November 3rd, 2025
Signed: October 31st, 2025

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **25-10005− NVA**   Chapter: 11   Adversary No.: 25-00264

**Seth L. Blum**
**Bessy G. Blum**

Debtor(s)

**Seth L. Blum and Bessy G. Blum**

Plaintiff(s)

vs.

**Peter Elmo**

Defendant(s)

## SCHEDULING ORDER AND RULE 26(f) REPORT APPROVAL

For good cause appearing, IT IS ORDERED

1. The parties' Rule 26(f) Report (the "Report") filed in this adversary proceeding is approved.

2. The parties are required to observe all deadlines and scheduled dates set forth in the Report.

3. A Status Report from counsel setting forth fully the status of the case is due on N/A.

4. The parties shall file with the Court and serve on all parties a witness list, exhibit list and exhibits (except those to be used solely for rebuttal purposes) by July 27, 2026 as required by Local Bankruptcy Rule 7016−1(c).

INSTRUCTIONS FOR EXHIBITS REQUIRED TO BE PRE−FILED.

5. The Court will enter separately on the docket information concerning the evidentiary protocol for the trial.

6. Any exhibits shall be filed in accordance with the evidentiary protocol.

IF EXHIBITS ARE NOT PRE−FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE.

7. Exhibits not objected to in writing by August 13, 2026 will stand as admitted into evidence.

8. All parties must file pre−trial statements in conformity with Local Bankruptcy Rule 7016−1(b) by July 27, 2026.

9. A final pretrial conference will be held on August 14, 2026 at 11:00 a.m. Unless the parties are notified otherwise, the final pretrial conference will be conducted by videoconference.

10. Trial time estimate <u>one (1) day</u>.

11. TRIAL IS SET FOR <u>August 27, 2026 at 10:00 a.m.</u>. at the U.S. Bankruptcy Court, Courtroom 2-A, 101 West Lombard Street, Baltimore, MD 21201.

12. Copies of all pleadings are to be served on the Office of the U.S. Trustee at 101 West Lombard Street, Suite 2650, Baltimore, Maryland 21201.

cc:   All parties in interest

**End of Order**

33x02 (rev. 07/11/2011) − JoyceYalley

ATTACHMENT TO THE SCHEDULING ORDER

INSTRUCTIONS FOR PRETRIAL MEMORANDA

A. Each plaintiff shall set out a brief statement of facts to be proven in support of plaintiff's claims and a separate statement of the legal theories supporting each claim.

B. Each defendant shall set out a brief statement of facts to be proven as a defense to each claim and a separate statement of the legal theories in support of each affirmative defense.

The following items must be supplied by all parties:

1. Where applicable, similar statements shall be filed with respect to a counter−claim, cross claim or third−party claim and defense thereto.

2. All parties must file a statement of claims and defenses no longer prosecuted.

3. Stipulations of fact by the parties are encouraged to shorten trial time and to obviate the necessity of calling witnesses solely for the purposes of authentication of undisputed facts.

4. Damages claimed must be stated in detail as of the date of the pre−trial memorandum and, if applicable, a precise statement of any other relief sought.

5. List separately each document or other exhibit that may be offered in evidence other than those expected to be used solely for impeachment.

6. List the name of each witness expected to be called on the party's behalf, other than a witness who may be called solely for impeachment purposes. Give address and telephone number of each witness listed.

7. List the name and area of expertise of each expert that the party proposes to call as a witness.

8. If any portion of a deposition will be offered by a party in its case in chief, identify the date, line numbers and pages of the deposition. Any other party must make a counter−designation as under Rule 32(a)(4) Fed.R.Civ.P.